UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN WALSH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JAMES HARTLEY, Warden,<br><br>　　　　　Respondent. | No. CV 11-3018-JST (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 10·02·11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE